# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JAMES M. CLARK  
633 NORTHWESTERN AVENUE  SSN-xxx-xx-3584  
SOUTH BELOIT, IL  61080

Case Number: 06-70042

Case filed on: 1/16/2006  
Plan Confirmed on: 6/27/2006

D Dismissed

Total funds received and disbursed pursuant to the plan: $7,729.50         Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY HENRY REPAY | 2,500.00 | 2,500.00 | 2,500.00 | 0.00 |
|  | Total Legal | 2,500.00 | 2,500.00 | 2,500.00 | 0.00 |
| 011 | CR ENGLAND DRIVING SCHOOL | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | UNITED CREDIT SERVICE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | CAPITOL CREDIT SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | UNITED CREDIT SERVICE, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 031 | JAMES M. CLARK | 0.00 | 0.00 | 409.84 | 0.00 |
| 998 | JAMES M. CLARK | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 409.84 | 0.00 |
| 001 | US BANK NATIONAL ASSOCIATION | 1,464.42 | 0.00 | 0.00 | 0.00 |
| 002 | ASSOCIATED BANK | 10,228.01 | 10,228.00 | 1,877.52 | 687.15 |
| 003 | HARLEY-DAVIDSON CREDIT | 6,470.00 | 6,470.00 | 1,341.93 | 486.06 |
|  | Total Secured | 18,162.43 | 16,698.00 | 3,219.45 | 1,173.21 |
| 002 | ASSOCIATED BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | HARLEY-DAVIDSON CREDIT | 3,199.58 | 32.00 | 0.00 | 0.00 |
| 004 | ALLIANT ENERGY/SBWG&E | 1,189.37 | 11.89 | 0.00 | 0.00 |
| 005 | BELOIT MEMORIAL HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CAPITAL ONE | 437.37 | 4.37 | 0.00 | 0.00 |
| 007 | JP MORGAN CHASE BANK NA/BANK ONE | 8,431.10 | 84.31 | 0.00 | 0.00 |
| 008 | CHECKS FOR CASH | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CITY OF SOUTH BELOIT | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | EAGLE ATLANTIC FINANCIAL SERVICES INC | 2,992.52 | 29.93 | 0.00 | 0.00 |
| 012 | FAMILY SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | LVNV FUNDING LLC | 832.82 | 8.33 | 0.00 | 0.00 |
| 014 | ECAST SETTLEMENT CORPORATION | 594.11 | 5.94 | 0.00 | 0.00 |
| 015 | MADISON ROAD VETERINARY CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | MERCY CLINIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | MERCY HEALTH SYSTEM | 5,240.87 | 52.41 | 0.00 | 0.00 |
| 021 | MHS PHYSICIANS SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | SECURITY FINANCE CORP. OF WISCONSIN | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | SOUTHERN WI EMERGENCY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | AFNI/VERIZON WIRELESS | 1,048.87 | 10.49 | 0.00 | 0.00 |
| 025 | XM SATELLITE RADIO | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | CR ENGLAND DRIVING SCHOOL/EAGLE ATLANTIC | 2,992.52 | 29.93 | 0.00 | 0.00 |
| 027 | ASSOCIATED BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | CHARTER COMMUNICATIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | COUNTRY STORE WEST | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | ASSET ACCEPTANCE CORP | 911.04 | 9.11 | 0.00 | 0.00 |
|  | Total Unsecured | 27,870.17 | 278.71 | 0.00 | 0.00 |
|  | Grand Total: | 48,532.60 | 19,476.71 | 6,129.29 | 1,173.21 |

Total Paid Claimant:   $7,302.50  
Trustee Allowance:     $427.00  
Percent Paid Unsecured:   0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

/s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 11/01/2007				By  /s/Heather M. Fagan